In the Matter of the Estate of ABRAHAM HILLOWITZ, Deceased. SELMA WERNICK et al., as Executors of ABRAHAM HILLOWITZ, Deceased, Appellants;

MARY HILLOWITZ, Respondent

Christ, Acting P. J., Brennan, Rabin, Hopkins and Nolan, JJ., concur. [51 Misc 2d 666.]